**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

GILLIAN AYERS (AS PERSONAL REPRESENTATIVE OF THE ESTATE OF EARL AYERS), *et al.*

On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

CIOX HEALTH, LLC,

Defendant.

Case No.: 24-cv-2208-ABA

## Consent Motion for Leave to File Second Amended Complaint

Plaintiffs Gillian Ayers (as personal representative of the estate of Earl Ayers), Melissa Harmon, Maia Bar Am, Ashley Hoggard, Charles Pugh, Veronica Stewart and Narvell Nines ("Representative Plaintiffs"), pursuant to *Fed.R.Civ.P.* 15(a)(2) and Local Rule 103.6(d), and with the written consent of Defendant CIOX Health, LLC, move for leave to file the Second Amended Complaint. As required by Local Rule 103.6(c) a redlined copy of the Second Amended Complaint, showing the amendments, is attached as Exhibit 2.

Respectfully submitted,

/s/ Richard S. Gordon

Richard S. Gordon, Fed. Bar No. 06882
rgordon@GWCfirm.com
Benjamin H. Carney, Fed. Bar No. 27984
bcarney@GWCfirm.com
Gordon, Wolf & Carney, Chtd.
11350 McCormick Rd.
Executive Plaza 1, Suite 1000
Hunt Valley, Maryland 21031
Tel. (410) 825-2300
Fax. (410) 825-0066

Charles A. Gilman, Fed. Bar No. 26435

cgilman@gblegalteam.com
Lauren M. Geisser, Fed. Bar No. 29190
lgeisser@gblegalteam.com
GILMAN & BEDIGIAN, LLC
1954 Greenspring Drive, Suite 250
Timonium, MD 21093
(410) 560-4999
(410) 308-3116 (facsimile)

**Attorneys for Representative Plaintiffs and the Class**