**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | | |
|---|---|---|
| GILLIAN AYERS (AS PERSONAL REPRESENTATIVE OF THE ESTATE OF EARL AYERS), *et al.*<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIOX HEALTH, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 24-cv-2208-ABA |

**Joint Motion for Preliminary Approval of Class Action Settlement, and for Approval of the Form, Manner and Administration of Notice**

Plaintiffs Gillian Ayers (as personal representative of the estate of Earl Ayers), Melissa Harmon, Maia Bar Am, Ashley Hoggard, Charles Pugh, Veronica Stewart and Narvell Nines ("Representative Plaintiffs"), and Defendant CIOX Health, LLC ("Defendant"), jointly and respectfully move for preliminary approval of a proposed class action settlement pursuant to Fed. R. Civ. P. 23(e)(1).

The Settlement Agreement ("Agreement") is attached as **Exhibit 1**. The proposed claim forms for Settlement Class Members are attached to the Agreement as **Exhibits A & B**. The proposed notices for Settlement Class Members about the settlement are attached to the Agreement as **Exhibits D & E** (Postcard Notices), and **Exhibit F** (Long-Form Notice).

As more fully set forth in the Representative Plaintiffs' attached memorandum of law, notice to class members about the proposed settlement is warranted, because the Court "will likely be able to: (i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal." *Fed.R.Civ.P.* 23(e)(1).

As reflected in the Settlement Agreement and the attached proposed Order

Preliminarily Approving Settlement, Certifying Class for Settlement Purposes, Appointing Class Counsel and Settlement Administrator, and Setting Schedule with Respect to Notice, Settlement Hearing and Administration (the "Order"), which is attached to the Agreement as **Exhibit C**, the parties propose the following timetable:

| | |
|---|---|
| **Within ten (10) calendar days after the filing of this Motion** | Defendant to provide Settlement Administrator and Class Counsel the Phase 1 Class Member List |
| **Within ten (10) calendar days after Entry of the Order and provision of wiring instructions** | Defendant to deposit **$4.5 million** into the Common Fund at Fulton Bank, as designated by Class Counsel and the Settlement Administrator |
| **Fifteen (15) calendar days after Entry of the Order (the "Phase 1 Date of Notice")** | Settlement Administrator to mail and/or email notices to Settlement Class Members and publish Settlement Website for the Phase 1 Class Member List |
| **Forty-five (45) calendar days after the Phase 1 Date of Notice** | Deadline for Phase 1 Class Members to file claims or opt out of Settlement; Defendant to provide provisional Phase 2 Class Member List to Settlement Administrator; Settlement Administrator to commence process of obtaining current mailing address information for the Individuals on the provisional Phase 2 Class Member List after accounting for claimants that have dropped out as a result of claims made at the conclusion of the Phase 1 notice period using data aggregation, append, and/or skip-tracing services as necessary and appropriate |
| **Within seventy (70) calendar days after the Phase 1 Date of Notice** | Defendant to provide final Phase 2 Class Member List to Settlement Administrator |
| **Eighty (80) calendar days after the Phase 1 Date of Notice (the "Phase 2 Date of Notice")** | Settlement Administrator to send notices to Settlement Class Members and publish Settlement Website for the Phase 2 Class Member List |
| **At Least Thirty calendar (30) days Before the Final Approval hearing** | Representative Plaintiffs to file memoranda in support of the settlement, an award of attorneys' fees and costs, the establishment of a *cy pres* fund, and an incentive payment to the Representative Plaintiff |
| **Forty-five (45) calendar days from the Phase 2 Date of Notice** | Deadline for Phase 2 Class Members to opt out or file and serve any objection to the settlement |

| | |
|---|---|
| **As set by the Court, but after one hundred Fifty (150) calendar days after Date of the Order** | Final Approval hearing[1] |
| **Sixty (60) days after Final Approval order** | Deadline for Phase 2 Class Members to submit claims |

WHEREFORE, the Parties jointly and respectfully request that the Court (1) preliminarily approve the proposed settlement, (2) preliminarily certify the Class for settlement purposes only, (3) appoint the undersigned attorneys for Representative Plaintiffs as Class Counsel, (4) approve the form of and direct notice to the Class, and (5) grant such further relief as justice demands.

Respectfully submitted,

/s/ Richard S. Gordon
Richard S. Gordon, Fed. Bar No. 06882
rgordon@GWCfirm.com
Benjamin H. Carney, Fed. Bar No. 27984
bcarney@GWCfirm.com
GORDON, WOLF & CARNEY, CHTD.
11350 McCormick Road
Executive Plaza 1, Suite 1000
Baltimore, Maryland 21204
Telephone: (410) 825-2300
Facsimile: (410) 825-0066

Charles A. Gilman, Fed. Bar No. 26435
cgilman@gblegalteam.com
Lauren M. Geisser, Fed. Bar No. 29190
lgeisser@gblegalteam.com
GILMAN & BEDIGIAN, LLC
1954 Greenspring Drive, Suite 250
Timonium, MD 21093
(410) 560-4999
(410) 308-3116 (facsimile)

Attorneys for Representative Plaintiffs and the Class

/s/ Jerrold A. Thrope w/permission RSG
Jerrold A. Thrope, Fed. Bar No. 29312
Gordon Feinblatt LLC
1001 Fleet Street Suite 700
Baltimore, MD 21202
(410) 576-4295

Jay P. Lefkowitz, P.C. (pro hac vice)
Gilad Bendheim (pro hac vice)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Attorneys for Defendant Ciox Health, LLC

[1] Thus, by way of example, if the Court grants preliminary approval of the settlement on Tuesday, September 15, 2026, then the Final Approval hearing can be scheduled on or after Friday, February 12, 2027.